```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 |
   | J. DOUGLAS WILSON (DCBN 412811)                                E-FILED
 3 | Chief, Criminal Division
 4 | CYNTHIA M. FREY (DCBN 475889)
   | AMIE ROONEY (CABN 215324)
 5 | Assistant United States Attorney
 6 |     150 Almaden Boulevard, Suite 900
   |     San Jose, California 95113
 7 |     Telephone: (408) 535-5061
   |     FAX: (408) 535-5066
 8 |     Cynthia.Frey@usdoj.gov
   |     Amie.Rooney@usdoj.gov
 9 |
10 | Attorneys for United States of America
11 |
12 |                     UNITED STATES DISTRICT COURT
13 |                    NORTHERN DISTRICT OF CALIFORNIA
14 |                            SAN JOSE DIVISION
15 | UNITED STATES OF AMERICA         )  NO. CR 11-0355 DLJ
                                      )
16 | v.                               )  NOTICE OF DISMISSAL
                                      )
17 | HUGO RODRIGUEZ, A/K/A "HUGOSO",  )
                                      )
18 |         Defendant.                )
                                      )
19 |                                   )
                                      )
20 | _____)
21 |     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
22 | States Attorney for the Northern District of California dismisses the above referenced defendant from
23 | the Second Superseding Indictment without prejudice.
24 | DATED: 6/26/14
25 |                                             Respectfully submitted,
26 |                                             MELINDA HAAG
                                                  United States Attorney
27 |
28 |                                             J. DOUGLAS WILSON
                                                  Chief, Criminal Division
```

NOTICE OF DISMISSAL (CR 11-0355 DLJ)

1 |     Leave is granted to the government to dismiss the defendant, Hugo Rodriguez, from the Second
2 | Superseding Indictment.
3 |
4 |
5 | Date: _____
6 |                                               D. LOWELL JENSEN
                                              United States District Judge

NOTICE OF DISMISSAL (CR 11-0355 DLJ)